IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| Charles Perrone, on behalf of himself<br>and all others similarly situated,<br><br>          Plaintiffs,<br>v.<br><br>Uponor, Inc., successor to Uponor North<br>America Inc., and Radiant Technology, Inc.,<br><br>          Defendants. | No.: 11 CV 00156<br><br>Judge Ann Montgomery<br><br>Magistrate Jeffrey Keyes |

**NOTICE OF FILING AGREED MOTION OF DEFENDANTS, UPONOR, INC. AND RADIANT TECHNOLOGY, INC., FOR TRANSFER OF ACTIONS TO THE DISTRICT OF MINNESOTA PURSUANT TO 28 U.S.C. §1407 FOR COORDINATED OR CONSOLIDATED PRE-TRIAL PROCEEDINGS**

    PLEASE TAKE NOTICE that we have filed with the United States Judicial Panel on Multidistrict Litigation on April 6, 2011, Agreed Motion of Defendants, Uponor, Inc. and Radiant Technology, Inc., for Transfer of Actions to the District of Minnesota Pursuant to 28 U.S.C. §1407 for Coordinated or Consolidated Pre-Trial Proceedings, along with Memorandum in Support of Transfer of Actions and Schedule of Actions, which has been assigned J.P.M.L. No. 2247.

                      By:    /s/Howard L. Lieber

**UPONOR, INC. and RADIANT TECHNOLOGY, INC.,**
One of their attorneys
John R. Schleiter- jschleiter@ghlaw-llp.com
Howard L. Lieber- hlieber@ghlaw-llp.com
Kathleen A. Reid- kreid@ghlaw-llp.com
Lindsay E. Dansdill- ldansdill@ghlaw-llp.com
**Grotefeld Hoffmann Schleiter Gordon & Ochoa, LLP**
311 South Wacker Drive, Suite 4500
Chicago, Illinois 60606
(312) 551-0200 (Telephone)
(312) 601-2402 (Fax)

## Proof of Service

      I hereby certify that on April 11, 2011, I electronically filed the foregoing Notice of Filing with the Clerk of Court using the CM/ECF system which will send notification of such filing(s) to the following:

                                          /s/Howard L. Lieber

Brian C. Gudmundson
ZIMMERMAN REED, PLLP
1100 IDS Center
80 South Eighth Street
Minneapolis, MN  55402
E-Mail: brian.gudmundson@zimmreed.com
      **Counsel for Plaintiff: Charles Perrone**

David M. Cialkowski
ZIMMERMAN REED, PLLP
1100 IDS Center
80 South Eighth Street
Minneapolis, MN  55402
E-Mail: david.cialkowski@zimmreed.com
      **Counsel for Plaintiff: Charles Perrone**

J. Gordon Rudd, Jr.
ZIMMERMAN REED, PLLP
1100 IDS Center
80 South Eighth Street
Minneapolis, MN  55402
E-Mail: gordon.rudd@zimmreed.com
      **Counsel for Plaintiff: Charles Perrone**

Bradley D. Fisher
Fisher, Bren & Sheridan
701 4th Avenue South
Suite 610
Minneapolis, Minnesota 55414
E-Mail: bfisher@fisherbren.com
      **Counsel for Defendants: Uponor, Inc. and Radiant Technology, Inc.**

GROTEFELD, HOFFMANN, SCHLEITER,
GORDON & OCHOA, LLP
311 South Wacker Drive
Suite 4500
Chicago, Illinois  60606
(312) 551-0200
Facsimile: (312) 601-2402